UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KIRBY ECKHARDT,

    Plaintiff,

v.                                    Case No:   2:16-cv-130-FtM-38MRM

MASSEY SERVICES, INC.,

    Defendant.

## RELATED CASE ORDER AND FLSA TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than **FOURTEEN (14) DAYS** from the date of this Related Case Order and Track Notice, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form **Notice of Pendency of Other Actions**.

It is **FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case however pursuant to Fed. R. Civ. P. 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case which is based on the Fair Labor Standards Act ("FLSA"). Therefore, the requirement to file a Case Management Report under Local Rule 3.05(c)(2)(B) and initial disclosures under Fed. R. Civ. P. 26 and Local Rule 3.05(d) are **STAYED**. The parties shall comply with the FLSA Scheduling Order, which will be entered after the appearance of the first defendant. *Plaintiff (or defendant in a removal case) is responsible for serving a copy of this notice and order with attachments upon each party no later than fourteen (14) days after appearance of the party.*

DONE AND ORDERED in Fort Myers, Florida on February 18, 2016.

| | |
|---|---|
| _____SHERI POLSTER CHAPPELL_____<br>Sheri Polster Chappell<br>United States District Court Judge | _____JOHN E. STEELE_____<br>John E. Steele<br>Senior United States District Court Judge |
| _____CAROL MIRANDO_____<br>Carol Mirando<br>United States Magistrate Judge | _____MAC R. MCCOY_____<br>Mac R. McCoy<br>United States Magistrate Judge |
| _____DOUGLAS N. FRAZIER_____<br>Douglas N. Frazier<br>United States Magistrate Judge | |

Attachment:  Notice of Pendency of Other Actions [mandatory form]

Copies: All Parties of Record

**Note:  A Magistrate Consent form, the Middle District of Florida Local Rules and a link to CM/ECF may be found on the Court's website at *http://www.flmd.uscourts.gov***

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KIRBY ECKHARDT,

    Plaintiff,

v().    Case No:  2:16-cv-130-FtM-38MRM

MASSEY SERVICES, INC.,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated:

_____    _____
[Counsel of Record or *Pro Se* Party]    [Counsel of Record or *Pro Se* Party]
[Address and Telephone]    [Address and Telephone]