UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**KIRBY OWEN ECKHARDT,**

      **Plaintiff,**

v.                                         CASE NO.:  2:16-cv-00130-SPC-MRM

**MASSEY SERVICES, INC.,**
**A Florida Profit Corporation.**

      **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff KIRBY OWEN ECKHARDT, and Defendant, MASSEY SERVICES, INC., by and through their undersigned attorneys, and pursuant to the provisions of the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) hereby jointly stipulate and agree to dismiss the above-styled case, with each party to bear and be responsible for the payment of their/its own respective costs and attorney's fees incurred in connection with this action.

Dated this   15th   day of July,  2016.

| | |
|---|---|
| By: **/s/ Jason L. Gunter** | By: **/s/ J. Scott Hudson** |
| Jason Gunter, Esq. | J. Scott Hudson, Esq. |
| Fla. Bar No.: 0134694 | Fla. Bar No.: 0725137 |
| Jason L. Gunter, P.A. | Primary Email: shudson@sctlaw.com |
| 1625 Hendry St., Suite 103 | Secondary Email: lprentice@sctlaw.com |
| Fort Myers, FL 33901 | Peyton H. Keaton, IV, Esq. |
| Tel:  (239) 334-7017 | Fla. Bar No.: 0029088 |
| Fax: (239) 244-9942 | Primary Email: pkeaton@sctlaw.com |
| E-mail: jason@gunterfirm.com | Secondary Email: lprentice@sctlaw.com |
| Attorney for Plaintiff | Stovash, Case & Tingley, P.A. |

220 North Rosalind Avenue
Orlando, Florida 32801
Tel: (407) 316-0393
Fax: (407) 316-8969
Attorneys for Defendant